UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80753-ROSENBERG

US MED-EQUIP, LLC and
FREEDOM MEDICAL, INC.,

    Plaintiffs,

v.

KPC PROMISE HEALTHCARE, LLC,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Plaintiff's Motion for Attorney's Fees and Costs at docket entry 29. The Court referred the motion for a report and recommendation at docket entry 30. On December 17, 2024, Magistrate Judge Reinhart issued a Report and Recommendation recommending that the undersigned grant in part and deny in part the motion. DE 31. Objections to the report and recommendation, if any, were due December 31, 2024. No objections were filed.

The Court has conducted a *de novo* review of the motion and of Magistrate Judge Reinhart's Report and Recommendation and is otherwise fully advised in the premises of the motion for attorney's fees and costs. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Magistrate Judge Reinhart's recommendation to be well reasoned and correct.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 31] is hereby **ADOPTED** in its entirety,

2. The Plaintiff's Motion to for Entitlement to Fees and Costs [DE 29] is **GRANTED IN**

**PART AND DENIED IN PART**,

3. The Court awards Plaintiff attorney's fees in the amount of $8,937.50 and costs in the amount of $200 for a total of $9,137.50.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 3rd day of January, 2025.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE